```
 1  DELTA LAW GROUP
    A PROFESSIONAL LAW CORPORATION
 2  JIM G. PRICE, ESQ., SBN 119324
    6569 BRENTWOOD BOULEVARD
 3  P.O. BOX 1417
    BRENTWOOD, CA  94513
 4  TELEPHONE:  925-516-4686
    FACSIMILE:  925-516-4058
 5
    Attorneys for Plaintiff
 6  DEBRA BELT

 7

 8
                      UNITED STATES DISTRICT COURT
 9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11
    DEBRA BELT, an individual,      ) Case No.  3:14-CV-00435-VC
12                                   )
           Plaintiff,                ) STIPULATION FOR DISMISSAL WITH
13                                   ) PREJUDICE; AND PROPOSED ORDER
    v.                               )
14                                   )
    EASTPOINT RECOVERY GROUP, INC., )
15  a New York Corporation, and      )
    DOES 1 through 20, inclusive,    )
16                                   )
           Defendants.               )
17                                   )
                                     )
18  _____)

19
         The parties to the above-entitled action, pursuant to FRCP
20
    41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action
21
    with prejudice.  Each party to bear its own attorney's fees and
22
    costs.
23
    ///
24
    ///
25
```

STIPULATION FOR DISMISSAL WITH PREJUDICE; AND PROPOSED ORDER                Page 1

```
DATED: September 15, 2014        DELTA LAW GROUP

                                        /s/ Jim G. Price
                                 BY:_____
                                        JIM G. PRICE*
                                        Attorneys for Plaintiff
                                        DEBRA BELT



DATED: September 15, 2014        SIMMONDS & NARITA, LLP

                                        /s/ Jeffrey A. Topor
                                 BY:_____
                                        JEFFREY A. TOPOR
                                        Attorneys for Defendant
                                        EASTPOINT RECOVERY GROUP,
                                        INC.
```

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal with Prejudice; and Proposed Order.  I hereby attest that Jeffrey A. Topor, Esq. has concurred in the filing.
*/s/ Jim G. Price*