```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
DEBRA BELT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BELT, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>EASTPOINT RECOVERY GROUP, INC.,<br>a New York Corporation, and<br>DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 3:14-CV-00435-VC<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).  Each party to bear its own attorney's fees and costs.

///

///

///

1     IT IS SO ORDERED.

2

3 Dated: September 16, 2014

4                                                        _____

5                                                        HONORABLE VINCE CHHABRIA
                                                       DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25